JOHN J. LUTZ, JR., APPELLEE, V. BANKERS FIRE INSURANCE COMPANY, APPELLANT.

FILED JUNE 12, 1922.   No. 22014.

APPEAL from the district court for Sarpy county: JAMES T. BEGLEY, JUDGE. *Affirmed as modified.*

*Holmes, Chambers & Mann, M. V. Beghtol* and *A. E. Langdon,* for appellant.

*Gaines, Ziegler, Van Orsdel & Gaines,* contra.

Heard before LETTON, DEAN and FLANSBURG, JJ., DAY and GOOD, District Judges.

DAY, District Judge.

This case is similar to the preceding case of *Ehlers v. Bankers Fire Ins. Co., ante,* p. 756. Both cases were argued together, and all the propositions involved in this case were decided in that case. The trial court probably overlooked requiring the plaintiff to return the certificate for 100 shares of stock of the Bankers Fire Insurance Company. The plaintiff should be required to do this, and the decree is modified in this regard.

AFFIRMED AS MODIFIED.